

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00586-CV

**IN THE INTEREST OF C.B.C.**, a Minor Child[1]

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-02579
Honorable Janet P. Littlejohn, Judge Presiding

Opinion by:    Rebeca C. Martinez, Justice

Sitting:       Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena Chapa, Justice

Delivered and Filed:   January 30, 2013

AFFIRMED

This is an appeal from the trial court's termination of appellant's parental rights. Counsel for appellant has filed a brief representing that he has conducted a professional evaluation of the record and determined that there are no meritorious issues to raise on appeal. Counsel concludes the appeal is frivolous. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, order) (applying *Anders* procedure to appeals from orders terminating parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio Sept. 10, 2003, no pet.). In compliance with the procedure in *Anders*, counsel sent a copy of counsel's brief to

---

[1] The child's initials were corrected to "C.R.C." in an amended petition filed by the Department of Family and Protective Services, and the child is referred to as "C.R.C." in the judgment, but the style of the case remained "In the Interest of C.B.C."

appellant, and informed appellant of her right to file her own brief. *See Nichols v. State*, 954 S.W.2d 83, 85–86 (Tex. App.—San Antonio 1997, no pet.). Appellant has not filed a pro se brief.

After reviewing the record from the trial on the merits and counsel's brief, we agree that the appeal is frivolous and without merit. Accordingly, we affirm the trial court's judgment, and grant counsel's motion to withdraw. *Id.*

Rebeca C. Martinez, Justice